PROB 12B
(7/93)

# United States District Court

## for the

## Western District of Virginia

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49 Waiver of Hearing is Attached)*

Name of Offender: Kari Nicole Parks   Case Number: 1:10CR0002-011

Name of Sentencing Judicial Officer: James P. Jones

Date of Original Sentence: September 9, 2010

Original Offense: Conspiracy to Distribute Five Kilograms or More of Cocaine and Oxycontin

Original Sentence: 240 months

Type of Supervision: Supervised Release   Date Supervision Commenced: October 23, 2018

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

The probation officer requests the following special condition be removed: The defendant must participate in a program of testing and treatment for substance abuse and mental health treatment as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

## CAUSE

The defendant completed RDAP treatment and is adamant that she will never use again but will speak with me if she feels she needs future substance abuse counseling.

Respectfully submitted,

by [signature]

Name of Offender: Kari Nicole Parks                  Case Number: 1:10CR0002-011

Jeremy T. Keller
U.S. Probation Officer
Date: December 12, 2018

THE COURT ORDERS:
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✔]  The Modifications of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

12/12/18
Date